July 7, 2012

Judge Ross,

I am writing to you in reference to Nicholas Suarez who will appear before you on 8-1-2012 for sentencing. I am Marlene Caratelli, mother of Nick. Nick is a person of good moral character and I realize that might seem hard to believe under the circumstances but never the less it is true. Nick is a decent, hardworking, honorable, funny, and helpful person. Prior to his house arrest, Nick has taken his widowed 84 year old grandmother, who suffers from cancer to her doctor and cancer treatments. He also helps his 90 year old great aunt around her house with chores and also takes her to her doctor appointments. Nick's sensitive side was proven when his best friends' mother committed suicide and Nick invited him to live with us in a warm and loving home. Nick has made an unintentional mistake and is incredibly remorseful. I truly believe that Nick has already suffered from his actions and is despondent for what he has done. Nick is well aware that his conviction will severely impact the course of his life.

Sincerely,

Marlene Caratelli

*Marlene Caratelli*

58-56 78 Street

Middle Village, New York 11379

718 335-5202 Home

718 361-7552 Work


EXHIBIT B