Richard A. Suarez
5856 78th Street
Middle Village, NY 11379
rsuarez@alum.mit.edu
347-578-3952

July 17th, 2012

Dear Judge Ross,

As Nicholas' twin brother, he and I have both shared many of the same learning experiences of our lives thus far; some exciting, and some unfortunate. Despite the recent circumstances, Nicholas has demonstrated the determination, passion, and wisdom that many of my peers and colleagues have exhibited during my undergraduate and graduate years at the Massachusetts Institute of Technology (MIT). I was elated to hear that my brother had discovered a field of study that he was truly interested in, and has since studied it with great diligence and commitment – all with the hopes of graduate school. In my time as an undergraduate student, graduate student, associate advisor, oarsman, captain, and assistant coach of an NCAA Division I varsity team, I have learned that success is not dictated by knowledge, but by character and passion. I had always thought that Nicholas would fit in well at MIT: his curiosity and excitement over a new discovery, no matter how fundamental, has poised him to be very successful.

Although we often learn from the past, the actions of the past do not always have to dictate the future. Just five years ago I would have said that Nicholas was a very different person: every time I visited from school I would see a more mature person who found friends he loved and new interests at heart. My classmates and teammates at MIT have always been keen on hearing about my brother – without even knowing him – and were excited to finally meet him at my Commencement. When I see Nicholas I see a brother and a man who is eager to do more and to make a difference, and his chance to do so is now more than ever.

Sincerely,

Richard A. Suarez


EXHIBIT
C