7/7/12

Fay Lancetta

51-47 Hillyer Street

Elmhurst, NY 11373

718 335-4527

Judge Ross.

I am the 90 year old great aunt of Nick Suarez. Due to the unfortunate circumstances, I am giving you a glimpse of the character of Nick so you can see what kind of person he is. Nick is very helpful to me and others especially his family. Nick helps me with chores around the house and takes to doctors' appointments. This has taken place before his house arrest. He was always by my door with a shovel in hand when it snowed. He always has warm and loving feelings towards his family with the upmost love for his mother who raised him and his brother as a single mother. Nick is a good person who took a bad turn and is truly sorry.

Sincerely,

*Fay Lancetta*

Fay Lancetta

EXHIBIT D